# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

In Re: Advanced Telecommunication Network Inc.,

    Debtor.

---

ADVANCED TELECOMMUNICATION NETWORK INC,

    Plaintiff,

v.

FLASTER/GREENBERG, P.C., et al.,

    Defendants.

Case No: 6:18-cv-1186-Orl-28GJK

Bankr. Ct. Case No. 6:03-bk-299-KSJ
Adv. Proc. No. 6:05-ap-00006-KSJ
Adv. Proc. No. 6:11-ap-00008-KSJ

---

# ORDER

On January 31, 2018, the then-assigned United States Bankruptcy Judge submitted two Reports (Bankr. Docs. 300, 301), recommending that Defendants' Motions for Summary Judgment on Counts II-VII (Bankr. Doc. 240) and on Counts VIII and IX (Bankr. Doc. 241) be denied. Specifically, the Reports recommend denial because, when the record evidence is viewed in the light most favorable to the non-moving party, genuine disputes of material fact exist regarding the issues of reasonably equivalent value and causation.

No objection to either Report has been filed, and the time for filing objections has passed. After review of the record, and noting that no objection has been filed, the Court agrees with the findings and conclusions in the Reports and Recommendations. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation (Bankr. Doc. 300) regarding Defendants' Motion for Summary Judgment on Counts II-VII is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Report and Recommendation (Bankr. Doc. 301) regarding Defendants' Motion for Summary Judgment on Counts VIII and IX is **ADOPTED** and **CONFIRMED** and made a part of this Order.

3. Defendants' Motion for Summary Judgment on Counts II-VII (Bankr. Doc. 240) is **DENIED**.

4. Defendants' Motion for Summary Judgment on Counts VIII and IX (Bankr. Doc. 241) is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida, on September 14, 2018.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties